B1 (Official Form 1) (1/08)

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Han, Yong** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**Young Han LAC** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete<br>EIN (if more than one, state all): **1608** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete<br>EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**645 S McKinley**<br>**#C**<br>**Arlington Heights, IL**      ZIPCODE **60005** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):      ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)      ZIPCODE | Mailing Address of Joint Debtor (if different from street address):      ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):      ZIPCODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check **one** box.) | Nature of Business<br>(Check **one** box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check **one** box.) |
|---|---|---|
| ☑ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☑ Chapter 7        ☐ Chapter 15 Petition for<br>☐ Chapter 9          Recognition of a Foreign<br>☐ Chapter 11          Main Proceeding<br>☐ Chapter 12        ☐ Chapter 15 Petition for<br>☐ Chapter 13          Recognition of a Foreign<br>                          Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box.)<br>☑ Debts are primarily consumer   ☐ Debts are primarily<br>debts, defined in 11 U.S.C.        business debts.<br>§ 101(8) as "incurred by an<br>individual primarily for a<br>personal, family, or house-<br>hold purpose." |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2,190,000.<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | Over<br>100,000 |

Estimated Assets

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001<br>to $10 million | $10,000,001<br>to $50 million | $50,000,001<br>to $100 million | $100,000,001<br>to $500 million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001<br>to $10 million | $10,000,001<br>to $50 million | $50,000,001<br>to $100 million | $100,000,001<br>to $500 million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1) (1/08)                                                                                     Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Han, Yong** |

### Prior Bankruptcy Case Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:**None** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)  ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)  I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.  X */s/ Nicolette Robovsky*        9/26/08  Signature of Attorney for Debtor(s)        Date |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)
☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:
☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)
☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.
☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)
☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord or lessor that obtained judgment)

_____
(Address of landlord or lessor)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and
☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.
☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (1/08)                                                                                                    Page 3

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): Han, Yong |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br><br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X **/s/ Yong Han**                                    **Yong Han**<br>Signature of Debtor<br><br>X<br>Signature of Joint Debtor<br><br>Telephone Number (If not represented by attorney)<br><br>**September 26, 2008**<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☐  I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐  Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X<br>Signature of Foreign Representative<br><br>Printed Name of Foreign Representative<br><br>Date |
| **Signature of Attorney\*** | **Signature of Non-Attorney Petition Preparer** |
| X **/s/ Nicolette Robovsky**<br>Signature of Attorney for Debtor(s)<br><br>**Nicolette Robovsky 6278336**<br>Printed Name of Attorney for Debtor(s)<br><br>**Gleason & Gleason**<br>Firm Name<br><br>**77 W Washington, Ste 1218**<br>Address<br><br>**Chicago, IL  60602**<br><br>**(312) 578-9530**<br>Telephone Number<br><br>**September 26, 2008**<br>Date<br><br>\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>Printed Name and title, if any,  of Bankruptcy Petition Preparer<br><br>Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>Address<br><br>X<br>Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.<br><br>Date |
| **Signature of Debtor (Corporation/Partnership)** | Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual: |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X<br>Signature of Authorized Individual<br><br>Printed Name of Authorized Individual<br><br>Title of Authorized Individual<br><br>Date | If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.* |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 1, Exhibit D (10/06)

## United States Bankruptcy Court
### Northern District of Illinois

IN RE:                                                          Case No. _____

**Han, Yong**                                                  Chapter **7**_____
Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE
## WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]*

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

I certify under penalty of perjury that the information provided above is true and correct.

Signature of Debtor: **/s/ Yong Han**_____

Date: **September 26, 2008**_____

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**UNITED STATES BANKRUPTCY COURT**

## NOTICE TO INDIVIDUAL CONSUMER DEBTOR UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case. You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

### 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.

### 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

2. Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in instalments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them,

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3. After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

**Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)**

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)**

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

**3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials**

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

**Certificate of [Non-Attorney] Bankruptcy Petition Preparer**

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

Printed Name and title, if any, of Bankruptcy Petition Preparer
Address:

Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person, or partner of the bankruptcy petition preparer.)
(Required by 11 U.S.C. § 110.)

**X** _____
Signature of Bankruptcy Petition Preparer of officer, principal, responsible person, or partner whose Social Security number is provided above.

**Certificate of the Debtor**

I (We), the debtor(s), affirm that I (we) have received and read this notice.

Han, Yong
Printed Name(s) of Debtor(s)

**X** */s/ Yong Han*                    9/26/2008
Signature of Debtor                    Date

Case No. (if known) _____

**X** _____
Signature of Joint Debtor (if any)                    Date

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Summary (Form 6 - Summary) (12/07)

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                                      Case No. _____

Han, Yong _____    Chapter **7** _____

                        Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 0.00 | | |
| B - Personal Property | Yes | 3 | $ 12,853.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $ 13,000.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 4 | | $ 71,129.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $ 2,500.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $ 2,490.00 |
| TOTAL | | 15 | $ 12,853.00 | $ 84,129.00 | |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Form 6 - Statistical Summary (12/07)

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                                Case No. _____

Han, Yong _____    Chapter **7** _____
                    Debtor(s)

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | | Amount |
|---|---|---|
| Domestic Support Obligations (from Schedule E) | $ | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ | 0.00 |
| Student Loan Obligations (from Schedule F) | $ | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ | 0.00 |
| **TOTAL** | $ | **0.00** |

**State the following:**

| | | |
|---|---|---|
| Average Income (from Schedule I, Line 16) | $ | 2,500.00 |
| Average Expenses (from Schedule J, Line 18) | $ | 2,490.00 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ | 2,500.00 |

**State the following:**

| | | | | |
|---|---|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | | $ | 3,000.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ | 0.00 | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | | $ | 0.00 |
| 4. Total from Schedule F | | | $ | 71,129.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | | $ | 74,129.00 |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6A (Official Form 6A) (12/07)

IN RE <u>Han, Yong</u>                                                              Case No. _____
        Debtor(s)                                                                              (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **None** | | | | |
| | | | TOTAL    **0.00** | |

(Report also on Summary of Schedules)

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07)

IN RE **Han, Yong**
_____
Debtor(s)

Case No. _____
(If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | **Cash on hand** | | **25.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Account with TCF Bank** | | **1,000.00** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | | **Normal and necessary household goods, including but not limited to : TVs, chairs, tables, sofas, bedroom furniture, some kitchen appliances, costume jewelry less than $500 each piece** | | **1,500.00** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Music, books, and pictures** | | **50.00** |
| 6. Wearing apparel. | | **Clothing** | | **250.00** |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Term life - through Genworth Finance - No cash surrender value** | | **0.00** |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **IRA** | | **28.00** |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) -- Cont.

IN RE **Han, Yong**
_____                    Case No. _____
Debtor(s)                                                                                (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2007 Hyundai Sonata** | | **10,000.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) -- Cont.

IN RE <u>Han, Yong</u>
                    Debtor(s)                                    Case No. _____
                                                                        (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | TOTAL | 12,853.00 |

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

_____ **0** continuation sheets attached

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6C (Official Form 6C) (12/07)

IN RE **Han, Yong**
_____    Case No. _____
                    Debtor(s)                                                              (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:                    ☐ Check if debtor claims a homestead exemption that exceeds $136,875.
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **Cash on hand** | **735 ILCS 5 §12-1001(b)** | **25.00** | **25.00** |
| **Checking Account with TCF Bank** | **735 ILCS 5 §12-1001(b)** | **1,000.00** | **1,000.00** |
| **Normal and necessary household goods, including but not limited to : TVs, chairs, tables, sofas, bedroom furniture, some kitchen appliances, costume jewelry less than $500 each piece** | **735 ILCS 5 §12-1001(b)** | **1,500.00** | **1,500.00** |
| **Music, books, and pictures** | **735 ILCS 5 §12-1001(a)** | **50.00** | **50.00** |
| **Clothing** | **735 ILCS 5 §12-1001(a)** | **250.00** | **250.00** |
| **IRA** | **735 ILCS 5 §12-1006(a)** | **28.00** | **28.00** |
| **2007 Hyundai Sonata** | **735 ILCS 5 §12-1001(c)** | **2,400.00** | **10,000.00** |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07)

IN RE  Han, Yong
_____
              Debtor(s)                                                                    Case No. _____
                                                                                                              (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0703056795** <br><br>**Hyundai Motor Finance Company**<br>**PO Box 20829**<br>**Fountain Valley, CA  92728-0829** | | | **car loan.  PMSI secured by 2007 Hyundai Sonata.**<br><br><br>VALUE $ **10,000.00** | | | | **13,000.00** | **3,000.00** |
| ACCOUNT NO. | | | <br><br><br>VALUE $ | | | | | |
| ACCOUNT NO. | | | <br><br><br>VALUE $ | | | | | |
| ACCOUNT NO. | | | <br><br><br>VALUE $ | | | | | |
| **0** continuation sheets attached | | | Subtotal<br>(Total of this page) | | | | $ **13,000.00** | $ **3,000.00** |
| | | | Total<br>(Use only on last page) | | | | $ **13,000.00** | $ **3,000.00** |
| | | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (12/07)

IN RE Han, Yong _____    Case No. _____
                    Debtor(s)                                        (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **0** continuation sheets attached

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07)

IN RE <u>Han, Yong</u>                                                                 Case No. _____
                    Debtor(s)                                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **5584-1800-0943-4450**<br><br>**Advanta Bank Corp**<br>**PO Box 30715**<br>**Salt Lake City, UT  84130-0715** | | | **Revolving credit card charges incurred over the past several years.** | | | | **6,255.00** |
| ACCOUNT NO. **k1892770721-kide**<br><br>**All Kids And Familycare**<br>**PO Box 19121**<br>**Springfield, IL  62794-9121** | | | **premiums** | | | | **240.00** |
| ACCOUNT NO. **3712-690612-71005**<br><br>**American Express**<br>**PO Box 297871**<br>**Fort Lauderdale, FL  33329-7871** | | | **Revolving account opened 5/99** | | | | **13,512.00** |
| ACCOUNT NO.<br><br>**Becket And Lee**<br>**PO Box 3001**<br>**Malvern, PA  19355-0701** | | | **Assignee or other notification for: American Express** | | | | |

___**3**___ continuation sheets attached

Subtotal (Total of this page) $ **20,007.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Han, Yong** _____ Case No. _____
        Debtor(s)                                   (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**GC Services**<br>**6330 Gulfton St**<br>**Houston, TX 77081-1108** | | | **Assignee or other notification for:**<br>**American Express** | | | | |
| ACCOUNT NO. **3727-327982-21006**<br>**American Express**<br>**Costco Wholesale**<br>**PO Box 297871**<br>**Fort Lauderdale, FL 33329-7871** | | | **Revolving account opened 6/99. Acct No on credit report: 3499907225040593** | | | | **5,987.00** |
| ACCOUNT NO.<br>**Becket And Lee**<br>**PO Box 3001**<br>**Malvern, PA 19355-0701** | | | **Assignee or other notification for:**<br>**American Express** | | | | |
| ACCOUNT NO.<br>**NCO Financial Systems**<br>**507 Prudential Rd**<br>**Horsham, PA 19044-2308** | | | **Assignee or other notification for:**<br>**American Express** | | | | |
| ACCOUNT NO. **1491, 5490995565775506**<br>**Bank Of America**<br>**4060 Ogletown Stanton Rd**<br>**Newark, DE 19713-3102** | | | **Revolving account opened 6/99** | | | | **19,182.00** |
| ACCOUNT NO. **4115-0770-2222-3467**<br>**Capital One**<br>**PO Box 30285**<br>**Salt Lake City, UT 84130-0285** | | | **Revolving credit card charges incurred over the past several years.** | | | | **467.00** |
| ACCOUNT NO. **5178-0524-5340-1065**<br>**Capital One Bank**<br>**PO Box 85167**<br>**Richmond, VA 23285-5167** | | | **Revolving account opened 6/04** | | | | **5,514.00** |

Sheet no. **1** of **3** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **31,150.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Han, Yong
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**GC Services**<br>**6330 Gulfton St**<br>**Houston, TX 77081-1108** | | | **Assignee or other notification for:**<br>**Capital One Bank** | | | | |
| ACCOUNT NO.<br>**NCO Financial Systems**<br>**507 Prudential Rd**<br>**Horsham, PA 19044-2308** | | | **Assignee or other notification for:**<br>**Capital One Bank** | | | | |
| ACCOUNT NO.<br>**Regional Adjustment Bureau**<br>**PO Box 1022**<br>**Wixom, MI 48393** | | | **Assignee or other notification for:**<br>**Capital One Bank** | | | | |
| ACCOUNT NO.<br>**Tsys Debt Management**<br>**PO Box 5155**<br>**Norcross, GA 30091-5155** | | | **Assignee or other notification for:**<br>**Capital One Bank** | | | | |
| ACCOUNT NO. **5424-1805-6511-8335**<br>**Citi**<br>**PO Box 20507**<br>**Kansas City, MO 64195-0507** | | | **Revolving account opened 11/04** | | | | **6,933.00** |
| ACCOUNT NO.<br>**Alliance One**<br>**Receivables Management, Inc.**<br>**1160 Centre Pointe Dr Ste 1**<br>**Mendota Heights, MN 55120-1270** | | | **Assignee or other notification for:**<br>**Citi** | | | | |
| ACCOUNT NO. **5424-1808-6162-5348**<br>**Citi**<br>**PO Box 20507**<br>**Kansas City, MO 64195-0507** | | | **Revolving account opened 10/96** | | | | **1,854.00** |

Sheet no. __**2**__ of __**3**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **8,787.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Han, Yong _____    Case No. _____
                Debtor(s)                                                  (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>United Collection Bureau, Inc.<br>5620 Southwyck Blvd, Ste 206<br>Toldeo, OH 43614 | | | Assignee or other notification for:<br>Citi | | | | |
| ACCOUNT NO. 5588-2800-4335-9170<br>Citi<br>PO Box 6500<br>Sioux Falls, SD 57117-6500 | | | Revolving credit card charges incurred over the past several years. | | | | 3,560.00 |
| ACCOUNT NO. 5082290039839326<br>Citi Business Card<br>PO Box 44180<br>Jacksonville, FL 32231-4180 | | | Revolving credit card charges incurred over the past several years. | | | | 4,696.00 |
| ACCOUNT NO.<br>Client Services, Inc.<br>3451 Harry Truman Blvd<br>St Charles, MO 63301-4047 | | | Assignee or other notification for:<br>Citi Business Card | | | | |
| ACCOUNT NO. 5473-7801-2510-0234<br>Fifth Third Bank<br>MD: 1M0F10, Attn: S Miller<br>5001 Kingsley Dr<br>Cincinnati, OH 45263-0001 | | | loan | | | | 2,929.00 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. __3__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 11,185.00

Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ 71,129.00

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07)

IN RE **Han, Yong**
_____
Debtor(s)

Case No. _____
(If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Hyundai Motor Finance Company**<br>**PO Box 20829**<br>**Fountain Valley, CA  92728-0829** | **auto lease for 2007 Hyundai Sonota** |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07)

IN RE <u>Han, Yong</u>                                                                          Case No. _____
                          Debtor(s)                                                                                                     (If known)

# SCHEDULE H - CODEBTORS

     Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6I (Official Form 6I) (12/07)

IN RE **Han, Yong** _____    Case No. _____
                              Debtor(s)                                                    (If known)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on From 22A, 22B, or 22C.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| **Divorced** | RELATIONSHIP(S): | | AGE(S): |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Accupunturist** | |
| Name of Employer | **Self-Employed** | |
| How long employed | **2 years and 6 months** | |
| Address of Employer | | |

**INCOME:** (Estimate of average or projected monthly income at time case filed)          DEBTOR          SPOUSE

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. Current monthly gross wages, salary, and commissions (prorate if not paid monthly) | $ | 2,500.00 | $ |
| 2. Estimated monthly overtime | $ | | $ |
| **3. SUBTOTAL** | $ | 2,500.00 | $ |
| 4. LESS PAYROLL DEDUCTIONS | | | |
| a. Payroll taxes and Social Security | $ | | $ |
| b. Insurance | $ | | $ |
| c. Union dues | $ | | $ |
| d. Other (specify) _____ | $ | | $ |
| _____ | $ | | $ |
| **5. SUBTOTAL OF PAYROLL DEDUCTIONS** | $ | 0.00 | $ |
| **6. TOTAL NET MONTHLY TAKE HOME PAY** | $ | 2,500.00 | $ |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ | | $ |
| 8. Income from real property | $ | | $ |
| 9. Interest and dividends | $ | | $ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | | $ |
| 11. Social Security or other government assistance (Specify) _____ | $ | | $ |
| _____ | $ | | $ |
| 12. Pension or retirement income | $ | | $ |
| 13. Other monthly income (Specify) _____ | $ | | $ |
| _____ | $ | | $ |
| _____ | $ | | $ |
| **14. SUBTOTAL OF LINES 7 THROUGH 13** | $ | | $ |
| **15. AVERAGE MONTHLY INCOME** (Add amounts shown on lines 6 and 14) | $ | 2,500.00 | $ |

**16. COMBINED AVERAGE MONTHLY INCOME**: (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15)          $    2,500.00

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None**

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6J (Official Form 6J) (12/07)

IN RE <u>Han, Yong</u>                                                    Case No. _____
                    Debtor(s)                                                                    (If known)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 835.00 |
| a. Are real estate taxes included?    Yes ____ No ✓ | | |
| b. Is property insurance included?    Yes ____ No ✓ | | |
| 2. Utilities: | | |
| a. Electricity and heating fuel | $ | 150.00 |
| b. Water and sewer | $ | 30.00 |
| c. Telephone | $ | 60.00 |
| d. Other  **Cell Phone** | $ | 75.00 |
| | $ | |
| 3. Home maintenance (repairs and upkeep) | $ | |
| 4. Food | $ | 400.00 |
| 5. Clothing | $ | 100.00 |
| 6. Laundry and dry cleaning | $ | 50.00 |
| 7. Medical and dental expenses | $ | 100.00 |
| 8. Transportation (not including car payments) | $ | 200.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 50.00 |
| 10. Charitable contributions | $ | |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | |
| b. Life | $ | 30.00 |
| c. Health | $ | |
| d. Auto | $ | 50.00 |
| e. Other | $ | |
| | $ | |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) | $ | |
| | $ | |
| 13. Installment payments: (in chapter 11, 12 and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 220.00 |
| b. Other | $ | |
| | $ | |
| 14. Alimony, maintenance, and support paid to others | $ | |
| 15. Payments for support of additional dependents not living at your home | $ | |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | |
| 17. Other  **Personal Care & Grooming** | $ | 100.00 |
|       **Vehicle Care And Maintenance** | $ | 25.00 |
|       **Bank Fees & Postage** | $ | 15.00 |

**18. AVERAGE MONTHLY EXPENSES** (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.

$ **2,490.00**

19. Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document:
**None**

**20. STATEMENT OF MONTHLY NET INCOME**

| | | |
|---|---|---|
| a. Average monthly income from Line 15 of Schedule I | $ | 2,500.00 |
| b. Average monthly expenses from Line 18 above | $ | 2,490.00 |
| c. Monthly net income (a. minus b.) | $ | 10.00 |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE **Han, Yong**
_____        Case No. _____
Debtor(s)                                    (If known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**17** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **September 26, 2008**_____   Signature: _/s/ Yong Han_____
**Yong Han**                                          Debtor

Date: _____   Signature: _____
(Joint Debtor, if any)
[If joint case, both spouses must sign.]

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____        _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer    Social Security No. (Required by 11 U.S.C. § 110.)

_If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document._

_____
_____
Address

_____        _____
Signature of Bankruptcy Petition Preparer                                     Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

_If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person._

_A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156._

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (_total shown on summary page plus 1_), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____   Signature: _____

_____
(Print or type name of individual signing on behalf of debtor)

_[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]_

_Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571._

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B7 (Official Form 7) (12/07)

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                                Case No. _____

Han, Yong                                                            Chapter **7** _____
_____
Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None ☐    State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 35,214.00 | 2006 income from employment |
| 18,588.00 | 2007 income from employment |
| 2,500.00 | 2008 income from employment (monthly) |

---

**2. Income other than from employment or operation of business**

None ☑    State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**3. Payments to creditors**
*Complete a. or b., as appropriate, and c.*

None ☐    *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| Hyundai Motor Finance Company | Last 3 months | | 660.00 | 13,000.00 |
| PO Box 20829 | | | | |
| Fountain Valley, CA  92728-0829 | | | | |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None ☑ *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☑ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 5. Repossessions, foreclosures and returns

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 6. Assignments and receiverships

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 7. Gifts

None ☐ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| **Lakewood Church**<br>**TX** | | **2007** | **$400 - charitable donation** |

### 8. Losses

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 9. Payments related to debt counseling or bankruptcy

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Gleason & Gleason**<br>**77 W Washington, Ste 1218** | **7/11/2008** | **351.00** |

Chicago, IL  60602

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## 10. Other transfers

None ☑ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

## 11. Closed financial accounts

None ☑ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 12. Safe deposit boxes

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 13. Setoffs

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 14. Property held for another person

None ☑ List all property owned by another person that the debtor holds or controls.

## 15. Prior address of debtor

None ☐ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |
| 224 Chesterfield Ct, #B, Schaumburg, IL  60193 | | |
| 9124 Duarte Rd, San Gabriel, CA 91775 | | through Sept 2005 |

## 16. Spouses and Former Spouses

None ☐ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME
Yu Shun Shao - California

## 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

**18. Nature, location and name of business**

None ☑ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

None ☑ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date: **September 26, 2008** _____     Signature  */s/ Yong Han* _____
of Debtor                                                        **Yong Han**

Date: _____     Signature  _____
of Joint Debtor
(if any)

_____**0**_____ continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Northern District of Illinois**

**IN RE:**                                                          Case No. _____

Han, Yong                                                          Chapter **7** _____
_____
                      Debtor(s)

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

☑ I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.

☑ I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.

☑ I intend to do the following with respect to the property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| **2007 Hyundai Sonata** | **Hyundai Motor Finance Company** | | | | ✓ |

| Description of Leased Property | Lessor's Name | | | | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|---|---|---|
| **auto lease for 2007 Hyundai Sonota** | **Hyundai Motor Finance Company** | | | | ✓ |

| **09/26/2008** | */s/ Yong Han* | | |
|---|---|---|---|
| Date | **Yong Han** | Debtor | Joint Debtor (if applicable) |

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____

Address

_____          _____
Signature of Bankruptcy Petition Preparer          Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                                    Case No. _____

Han, Yong _____   Chapter **7** _____
                         Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors _____ **20**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: **September 26, 2008** _____     **/s/ Yong Han** _____
                                             Debtor

                                             _____
                                             Joint Debtor

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**Han, Yong**
**645 S McKinley**
**#C**
**Arlington Heights, IL  60005**

**Capital One Bank**
**PO Box 85167**
**Richmond, VA  23285-5167**

**Tsys Debt Management**
**PO Box 5155**
**Norcross, GA  30091-5155**

**Gleason & Gleason**
**77 W Washington, Ste 1218**
**Chicago, IL  60602**

**Citi**
**PO Box 20507**
**Kansas City, MO  64195-0507**

**United Collection Bureau, Inc.**
**5620 Southwyck Blvd, Ste 206**
**Toldeo, OH  43614**

**Advanta Bank Corp**
**PO Box 30715**
**Salt Lake City, UT  84130-0715**

**Citi**
**PO Box 6500**
**Sioux Falls, SD  57117-6500**

**All Kids And Familycare**
**PO Box 19121**
**Springfield, IL  62794-9121**

**Citi Business Card**
**PO Box 44180**
**Jacksonville, FL  32231-4180**

**Alliance One**
**Receivables Management, Inc.**
**1160 Centre Pointe Dr Ste 1**
**Mendota Heights, MN  55120-1270**

**Client Services, Inc.**
**3451 Harry Truman Blvd**
**St Charles, MO  63301-4047**

**American Express**
**PO Box 297871**
**Fort Lauderdale, FL  33329-7871**

**Fifth Third Bank**
**MD: 1M0F10, Attn:  S Miller**
**5001 Kingsley Dr**
**Cincinnati, OH  45263-0001**

**American Express**
**Costco Wholesale**
**PO Box 297871**
**Fort Lauderdale, FL  33329-7871**

**GC Services**
**6330 Gulfton St**
**Houston, TX  77081-1108**

**Bank Of America**
**4060 Ogletown Stanton Rd**
**Newark, DE  19713-3102**

**Hyundai Motor Finance Company**
**PO Box 20829**
**Fountain Valley, CA  92728-0829**

**Becket And Lee**
**PO Box 3001**
**Malvern, PA  19355-0701**

**NCO Financial Systems**
**507 Prudential Rd**
**Horsham, PA  19044-2308**

**Capital One**
**PO Box 30285**
**Salt Lake City, UT  84130-0285**

**Regional Adjustment Bureau**
**PO Box 1022**
**Wixom, MI  48393**

## United States Bankruptcy Court
### Northern District of Illinois

**IN RE:**                                                           Case No. _____

Han, Yong _____    Chapter **7** _____

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ **676.00**

    Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ **351.00**

    Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ **325.00**

2.  The source of the compensation paid to me was:  ☑ Debtor   ☐ Other (specify):

3.  The source of compensation to be paid to me is:  ☑ Debtor   ☐ Other (specify):

4.  ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~
    e.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above disclosed fee does not include the following services:

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____        _____
**September 26, 2008**                        **/s/ Nicolette Robovsky**
Date                Signature of Attorney

                                              **Gleason & Gleason**
                                              _____
                                              Name of Law Firm

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Form **1040**   Department of the Treasury — Internal Revenue Service
**U.S. Individual Income Tax Return   2007**   IRS Use Only — Do not write or staple in this space.

For the year Jan 1 - Dec 31, 2007, or other tax year beginning ____ , 2007, ending ____ , 20 ____   OMB No. 1545-0074

**Label**
(See instructions.)

**Use the IRS label. Otherwise, please print or type.**

| | | |
|---|---|---|
| Your first name | MI | Last name |
| Yong | | Han |
| If a joint return, spouse's first name | MI | Last name |

Your social security number
3??-??-1608

Spouse's social security number
6??-??-6979

Home address (number and street). If you have a P.O. box, see instructions.   Apartment no.
645 S. McKinley Ave.   C

City, town or post office. If you have a foreign address, see instructions.   State   ZIP code
Arlington Heights   IL   60005

**You must enter your social security number(s) above.** ▲

Checking a box below will not change your tax or refund.

**Presidential Election Campaign**
▶ Check here if you, or your spouse if filing jointly, want $3 to go to this fund? (see instructions) . . . . . . . . . ▶ ☐ You   ☐ Spouse

**Filing Status**

Check only one box.

1 ☐ Single
2 ☐ Married filing jointly (even if only one had income)
3 ☒ Married filing separately. Enter spouse's SSN above & full name here. ▶ YU S SHAO
4 ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here ▶
5 ☐ Qualifying widow(er) with dependent child (see instructions)

**Exemptions**

6a ☒ Yourself. If someone can claim you as a dependent, do not check box 6a . . . . . . . .
b ☐ Spouse . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

Boxes checked on 6a and 6b . . . 1

c Dependents:

| (1) First name   Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see instrs) |
|---|---|---|---|
| TIFFANY Y HAN | 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 | Daughter | ☒ |
| ERIC Y HAN | 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 | Son | ☒ |
| | | | ☐ |
| | | | ☐ |

No. of children on 6c who:
• lived with you . . . 2
• did not live with you due to divorce or separation (see instrs) . . .
Dependents on 6c not entered above . . .

If more than four dependents, see instructions.

Add numbers on lines above ▶

d Total number of exemptions claimed . . . . . . . . . . . . . . . . . . . . . . .   3

**Income**

**Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.**

**If you did not get a W-2, see instructions.**

**Enclose, but do not attach, any payment. Also, please use Form 1040-V.**

| | | |
|---|---|---|
| 7 Wages, salaries, tips, etc. Attach Form(s) W-2 . . . . . . . . . . . . . . . | 7 | |
| 8a Taxable interest. Attach Schedule B if required . . . . . . . . . . . . . . | 8a | 175. |
| b Tax-exempt interest. Do not include on line 8a | 8b | | |
| 9a Ordinary dividends. Attach Schedule B if required . . . . . . . . . . . . | 9a | 61. |
| b Qualified dividends (see instrs) . . . . . . . . | 9b | 61. | |
| 10 Taxable refunds, credits, or offsets of state and local income taxes (see instructions) . . | 10 | |
| 11 Alimony received . . . . . . . . . . . . . . . . . . . . . . . . . . | 11 | |
| 12 Business income or (loss). Attach Schedule C or C-EZ . . . . . . . . . . . | 12 | 18,558. |
| 13 Capital gain or (loss). Att Sch D if reqd. If not reqd, ck here . . . . . . . . . . ▶ ☐ | 13 | -555. |
| 14 Other gains or (losses). Attach Form 4797 . . . . . . . . . . . . . . . | 14 | |
| 15a IRA distributions . . . . | 15a | 1,979. | b Taxable amount (see instrs) . | 15b | 0. |
| 16a Pensions and annuities . . . . | 16a | | b Taxable amount (see instrs) . | 16b | |
| 17 Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E . . . | 17 | |
| 18 Farm income or (loss). Attach Schedule F . . . . . . . . . . . . . . . | 18 | |
| 19 Unemployment compensation . . . . . . . . . . . . . . . . . . . . | 19 | |
| 20a Social security benefits . . . . . | 20a | | b Taxable amount (see instrs) . | 20b | |
| 21 Other income | | | | 21 | |
| 22 Add the amounts in the far right column for lines 7 through 21. This is your **total income** . . | 22 | 18,239. |

**Adjusted Gross Income**

| | | |
|---|---|---|
| 23 Educator expenses (see instructions) . . . . . . . | 23 | | |
| 24 Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ . . . . | 24 | | |
| 25 Health savings account deduction. Attach Form 8889 . . . | 25 | | |
| 26 Moving expenses. Attach Form 3903 . . . . . . . . | 26 | | |
| 27 One-half of self-employment tax. Attach Schedule SE . . . | 27 | 1,311. | |
| 28 Self-employed SEP, SIMPLE, and qualified plans . . . | 28 | | |
| 29 Self-employed health insurance deduction (see instructions) . . . | 29 | 734. | |
| 30 Penalty on early withdrawal of savings . . . . . . . . | 30 | | |
| 31a Alimony paid b Recipient's SSN . . . ▶ | 31a | | |
| 32 IRA deduction (see instructions) . . . . . . . . . . . | 32 | | |
| 33 Student loan interest deduction (see instructions) . . . . | 33 | | |
| 34 Tuition and fees deduction. Attach Form 8917 . . . . . . | 34 | | |
| 35 Domestic production activities deduction. Attach Form 8903 . . . | 35 | | |
| 36 Add lines 23 - 31a and 32 - 35 . . . . . . . . . . . . . . . . . . . . . . . | 36 | 2,045. |
| 37 Subtract line 36 from line 22. This is your **adjusted gross income** . . . . . . . . . . ▶ | 37 | 16,194. |

BAA  For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions.   FDIA0112  12/09/07   Form **1040** (2007)

| Form 1040 (2007) | Yong Han | | 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 | Page 2 |
|---|---|---|---|---|

**Tax and Credits**

| | | | |
|---|---|---|---|
| 38 | Amount from line 37 (adjusted gross income) | 38 | 16,194. |
| 39a | Check if: ☐ You were born before January 2, 1943, ☐ Blind. ☐ Spouse was born before January 2, 1943, ☐ Blind. Total boxes checked ► 39a ☐ | | |
| b | If your spouse itemizes on a separate return, or you were a dual-status alien, see instrs and ck here ► 39b ☐ | | |

Standard Deduction for –
* People who checked any box on line 39a or 39b or who can be claimed as a dependent, see instructions.
* All others:
Single or Married filing separately, $5,350.
Married filing jointly or Qualifying widow(er), $10,700.
Head of household, $7,850.

| 40 | Itemized deductions (from Schedule A) or your standard deduction (see left margin) | 40 | 5,350. |
|---|---|---|---|
| 41 | Subtract line 40 from line 38 | 41 | 10,844. |
| 42 | If line 38 is $117,300 or less, multiply $3,400 by the total number of exemptions claimed on line 6d. If line 38 is over $117,300, see the instructions | 42 | 10,200. |
| 43 | Taxable income. Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 43 | 644. |
| 44 | Tax (see instrs). Check if any tax is from: a ☐ Form(s) 8814 b ☐ Form 4972 | 44 | 62. |
| 45 | Alternative minimum tax (see instructions). Attach Form 6251 | 45 | |
| 46 | Add lines 44 and 45 | 46 | 62. |
| 47 | Credit for child and dependent care expenses. Attach Form 2441 | 47 | |
| 48 | Credit for the elderly or the disabled. Attach Schedule R | 48 | |
| 49 | Education credits. Attach Form 8863 | 49 | |
| 50 | Residential energy credits. Attach Form 5695 | 50 | |
| 51 | Foreign tax credit. Attach Form 1116 if required | 51 | |
| 52 | Child tax credit (see instructions). Attach Form 8901 if required | 52 | 62. |
| 53 | Retirement savings contributions credit. Attach Form 8880 | 53 | |
| 54 | Credits from: a ☐ Form 8396 b ☐ Form 8859 c ☐ Form 8839 | 54 | |
| 55 | Other credits: a ☐ Form 3800 b ☐ Form 8801 c ☐ Form | 55 | |
| 56 | Add lines 47 through 55. These are your total credits | 56 | 62. |
| 57 | Subtract line 56 from line 46. If line 56 is more than line 46, enter -0- | 57 | 0. |

**Other Taxes**

| 58 | Self-employment tax. Attach Schedule SE | 58 | 2,622. |
|---|---|---|---|
| 59 | Unreported social security and Medicare tax from: a ☐ Form 4137 b ☐ Form 8919 | 59 | |
| 60 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | 60 | |
| 61 | Advance earned income credit payments from Form(s) W-2, box 9 | 61 | |
| 62 | Household employment taxes. Attach Schedule H | 62 | |
| 63 | Add lines 57-62. This is your total tax | 63 | 2,622. |

**Payments**

If you have a qualifying child, attach Schedule EIC.

| 64 | Federal income tax withheld from Forms W-2 and 1099 | 64 | 198. | | |
|---|---|---|---|---|---|
| 65 | 2007 estimated tax payments and amount applied from 2006 return | 65 | 1,000. | | |
| 66a | Earned income credit (EIC) | 66a | | | |
| b | Nontaxable combat pay election ► 66b | | | | |
| 67 | Excess social security and tier 1 RRTA tax withheld (see instructions) | 67 | | | |
| 68 | Additional child tax credit. Attach Form 8812 | 68 | 825. | | |
| 69 | Amount paid with request for extension to file (see instructions) | 69 | | | |
| 70 | Payments from: a ☐ Form 2439 b ☐ Form 4136 c ☐ Form 8885 | 70 | | | |
| 71 | Refundable credit for prior year minimum tax from Form 8801, line 27 | 71 | | | |
| 72 | Add lines 64, 65, 66a, and 67 through 71. These are your total payments | 72 | 2,023. | | |

**Refund**

Direct deposit? See instructions and fill in 74b, 74c, and 74d or Form 8888.

| 73 | If line 72 is more than line 63, subtract line 63 from line 72. This is the amount you overpaid | 73 | |
|---|---|---|---|
| 74a | Amount of line 73 you want refunded to you. If Form 8888 is attached, check here ► ☐ | 74a | |
| b | Routing number XXXXXXXXX c Type: ☐ Checking ☐ Savings | | |
| d | Account number XXXXXXXXXXXXXXXXX | | |
| 75 | Amount of line 73 you want applied to your 2008 estimated tax ► | 75 | |

**Amount You Owe**

| 76 | Amount you owe. Subtract line 72 from line 63. For details on how to pay, see instructions ► | 76 | 611. |
|---|---|---|---|
| 77 | Estimated tax penalty (see instructions) | 77 | 12. |

**Third Party Designee**

Do you want to allow another person to discuss this return with the IRS (see instructions)? ☐ Yes. Complete the following. ☒ No
Designee's name ► _____ Phone no. ► _____ Personal identification number (PIN) ►

**Sign Here**
Joint return? See instructions. Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your signature ► _____ Date _____ Your occupation Acupuncturist Daytime phone number
Spouse's signature. If a joint return, both must sign. Date _____ Spouse's occupation

**Paid Preparer's Use Only**

Preparer's signature ► _____ Date _____ Check if self-employed ☐ Preparer's SSN or PTIN
Firm's name (or yours if self-employed), address, and ZIP code ► Self-Prepared   EIN _____ Phone no. _____

Form 1040 (2007)

FDIA0112  12/06/07

**SCHEDULE C**
(Form 1040)

Department of the Treasury
Internal Revenue Service   (99)

**Profit or Loss From Business**
(Sole Proprietorship)

▶ Partnerships, joint ventures, etc., must file Form 1065 or 1065-B.
▶ Attach to Form 1040, 1040NR, or 1041.   ▶ See Instructions for Schedule C (Form 1040).

OMB No. 1545-0074

**2007**

Attachment
Sequence No. **09**

| Name of proprietor | Social security number (SSN) |
|---|---|
| Yong Han | 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 |

**A** Principal business or profession, including product or service (see instructions)
Acupuncture

**B** Enter code from instructions
▶ 621399

**C** Business name. If no separate business name, leave blank.

**D** Employer ID number (EIN), if any

**E** Business address (including suite or room no.) ▶ 55 West Golf Rd.
City, town or post office, state, and ZIP code   Arlington Heights, IL 60005

**F** Accounting method: (1) [X] Cash (2) [ ] Accrual (3) [ ] Other (specify) ▶

**G** Did you 'materially participate' in the operation of this business during 2007? If 'No,' see instructions for limit on losses . . . . . [X] Yes [ ] No

**H** If you started or acquired this business during 2007, check here . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ [ ]

## Part I   Income

| | | |
|---|---|---:|
| 1 | Gross receipts or sales. **Caution.** If this income was reported to you on Form W-2 and the 'Statutory employee' box on that form was checked, see the instructions and check here . . . . . . . ▶ [ ]   **1** | 76,084. |
| 2 | Returns and allowances . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **2** | |
| 3 | Subtract line 2 from line 1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **3** | 76,084. |
| 4 | Cost of goods sold (from line 42 on page 2) . . . . . . . . . . . . . . . . . . . . . . . . . . . **4** | |
| 5 | **Gross profit.** Subtract line 4 from line 3 . . . . . . . . . . . . . . . . . . . . . . . . . . . . **5** | 76,084. |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **6** | |
| 7 | **Gross income.** Add lines 5 and 6 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ **7** | 76,084. |

## Part II   Expenses. Enter expenses for business use of your home only on line 30.

| | | | | | |
|---|---|---:|---|---|---:|
| 8 | Advertising . . . . . . . . . | **8** | 9,060. | 18 Office expense . . . . . . . . . . . . **18** | 5,040. |
| 9 | Car and truck expenses (see instructions) . . . . . | **9** | 2,158. | 19 Pension and profit-sharing plans **19** | |
| 10 | Commissions and fees . . . . | **10** | | 20 Rent or lease (see instructions): | |
| 11 | Contract labor (see instructions) . . . . . . . | **11** | | a Vehicles, machinery, and equipment . . . . **20a** | |
| 12 | Depletion . . . . . . . . . | **12** | | b Other business property . . . . . . . . . **20b** | 17,510. |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) . . . . . . | **13** | | 21 Repairs and maintenance . . . . . . . . **21** | |
| | | | | 22 Supplies (not included in Part III) . . . . . **22** | 13,175. |
| | | | | 23 Taxes and licenses . . . . . . . . . . **23** | 910. |
| 14 | Employee benefit programs (other than on line 19) . . . . | **14** | | 24 Travel, meals, and entertainment: | |
| | | | | a Travel . . . . . . . . . . . . . . . **24a** | 1,109. |
| 15 | Insurance (other than health) . . | **15** | 243. | b Deductible meals and entertainment (see instructions) . . . . . . . . . . **24b** | 307. |
| 16 | Interest: | | | 25 Utilities . . . . . . . . . . . . . . **25** | 1,392. |
| | a Mortgage (paid to banks, etc) . . . | **16a** | | 26 Wages (less employment credits) . . . . . **26** | |
| | b Other . . . . . . . . . . . | **16b** | | 27 Other expenses (from line 48 on page 2) . . . . . . . . . . . . . . **27** | 6,622. |
| 17 | Legal & professional services . . | **17** | | | |

| | | | |
|---|---|---|---:|
| 28 | Total expenses before expenses for business use of home. Add lines 8 through 27 in columns. . . . . . . . . ▶ | **28** | 57,526. |
| 29 | Tentative profit (loss). Subtract line 28 from line 7. . . . . . . . . . . . . . . . . . . . . . . . | **29** | 18,558. |
| 30 | Expenses for business use of your home. Attach Form 8829 . . . . . . . . . . . . . . . . . . . . | **30** | |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29.
• If a profit, enter on both **Form 1040, line 12, and Schedule SE, line 2** or on **Form 1040NR, line 13** (statutory employees, see instructions). Estates and trusts, enter on Form 1041, line 3.
• If a loss, you **must** go to line 32. | **31** | 18,558. |
| 32 | If you have a loss, check the box that describes your investment in this activity (see instructions).
• If you checked 32a, enter the loss on both **Form 1040, line 12, and Schedule SE, line 2,** or on **Form 1040NR, line 13** (statutory employees, see instructions). Estates and trusts, enter on Form 1041, line 3.
• If you checked 32b, you must attach Form 6198. Your loss may be limited. | 32a [X] All investment is at risk.
32b [ ] Some investment is not at risk. | |

**BAA   For Paperwork Reduction Act Notice, see Form 1040 instructions.**

Schedule C (Form 1040) 2007

FDIZ0112   06/15/07

Schedule C (Form 1040) 2007  Yong Han                                    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          **Page 2**

| **Part III** | **Cost of Goods Sold** (see instructions) | | |
|---|---|---|---|

**33** Method(s) used to value closing inventory:   a ☐ Cost   b ☐ Lower of cost or market   c ☐ Other (attach explanation)

**34** Was there any change in determining quantities, costs, or valuations between opening and closing inventory? If 'Yes,' attach explanation . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   ☐ Yes  ☐ No

| | | | |
|---|---|---|---|
| **35** Inventory at beginning of year. If different from last year's closing inventory, attach explanation . . . . . . . . . . . . . . . . . . | 35 | |
| **36** Purchases less cost of items withdrawn for personal use . . . . . . . . . . | 36 | |
| **37** Cost of labor. Do not include any amounts paid to yourself . . . . . . . . . | 37 | |
| **38** Materials and supplies . . . . . . . . . . . . . . . . . . . . . . . | 38 | |
| **39** Other costs . . . . . . . . . . . . . . . . . . . . . . . . . . . | 39 | |
| **40** Add lines 35 through 39 . . . . . . . . . . . . . . . . . . . . . . | 40 | |
| **41** Inventory at end of year . . . . . . . . . . . . . . . . . . . . . . | 41 | |
| **42  Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on page 1, line 4 . . . . . . . . . . | 42 | |

| **Part IV** | **Information on Your Vehicle.** Complete this part *only* if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562. |
|---|---|

**43** When did you place your vehicle in service for business purposes? (month, day, year)   ► 02/25/2007

**44** Of the total number of miles you drove your vehicle during 2007, enter the number of miles you used your vehicle for:

a Business _____ 4,449   b Commuting (see instructions) _____   c Other _____ 6,370

**45** Do you (or your spouse) have another vehicle available for personal use? . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes  ☒ No

**46** Was your vehicle available for personal use during off-duty hours? . . . . . . . . . . . . . . . . . . . . . . . . . . ☒ Yes  ☐ No

**47 a** Do you have evidence to support your deduction? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☒ Yes  ☐ No

**b** If 'Yes,' is the evidence written? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☒ Yes  ☐ No

| **Part V** | **Other Expenses.** List below business expenses not included on lines 8-26 or line 30. | |
|---|---|---|
| Miscellaneous, | | 1,987. |
| Dues and Subscr | | 73. |
| Professional Ed | | 2,164. |
| Business Credit Card Interest | | 2,398. |
| | | |
| | | |
| | | |
| | | |
| | | |
| **48  Total other expenses.** Enter here and on page 1, line 27 . . . . . . . . . . . . . . . | 48 | 6,622. |

Schedule C (Form 1040) 2007

FDIZ0112   06/15/07

**SCHEDULE D**
(Form 1040)

Department of the Treasury
Internal Revenue Service

**Capital Gains and Losses**
► Attach to Form 1040 or Form 1040NR.  ► See Instructions for Schedule D (Form 1040).
► Use Schedule D-1 to list additional transactions for lines 1 and 8.

OMB No. 1545-0074

**2007**

Attachment
Sequence No. **12**

Name(s) shown on return
Yong Han

Your social security number
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

## Part I   Short-Term Capital Gains and Losses — Assets Held One Year or Less

| | (a) Description of property (Example: 100 shares XYZ Co) | (b) Date acquired (Mo, day, yr) | (c) Date sold (Mo, day, yr) | (d) Sales price (see instructions) | (e) Cost or other basis (see instructions) | (f) Gain or (loss) Subtract (e) from (d) |
|---|---|---|---|---|---|---|
| 1 | 34.16 Shares of LOEWS Company | 11/14/06 | 04/17/07 | 1,140.92 | 1,200.00 | -59.08 |
| | 47.69 Sale/SHRS of Wells Fargo & Company | 09/12/06 | 06/04/07 | 1,721.75 | 1,717.06 | 4.69 |
| | CONOCOPHILIPS | 01/19/07 | 04/13/07 | 1,079.52 | 1,000.00 | 79.52 |
| | INDYMAC BANCORP INC | 09/22/06 | 04/13/07 | 1,765.89 | 2,223.29 | -457.40 |
| | WASHINGTON MUTUAL INC | 10/19/06 | 04/13/07 | 1,172.49 | 1,326.80 | -154.31 |

| | | | | |
|---|---|---|---|---|
| 2 | Enter your short-term totals, if any, from Schedule D-1, line 2 . . . . | **2** | 3,251. | 32. |
| 3 | Total short-term sales price amounts. Add lines 1 and 2 in column (d) . . . . . | **3** | 10,132. | |
| 4 | Short-term gain from Form 6252 and short-term gain or (loss) from Forms 4684, 6781, and 8824 . . . . . . . . | **4** | | |
| 5 | Net short-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 . . . . . | **5** | | |
| 6 | Short-term capital loss carryover. Enter the amount, if any, from line 10 of your **Capital Loss Carryover Worksheet** in the instructions . . . . . . . . . . . | **6** | | |
| 7 | **Net short-term capital gain or (loss).** Combine lines 1 through 6 in column (f) . . . . . . | **7** | | -555. |

## Part II   Long-Term Capital Gains and Losses — Assets Held More Than One Year

| | (a) Description of property (Example: 100 shares XYZ Co) | (b) Date acquired (Mo, day, yr) | (c) Date sold (Mo, day, yr) | (d) Sales price (see instructions) | (e) Cost or other basis (see instructions) | (f) Gain or (loss) Subtract (e) from (d) |
|---|---|---|---|---|---|---|
| 8 | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| | | | | |
|---|---|---|---|---|
| 9 | Enter your long-term totals, if any, from Schedule D-1, line 9 . . . . | **9** | | |
| 10 | Total long-term sales price amounts. Add lines 8 and 9 in column (d) . . . . | **10** | | |
| 11 | Gain from Form 4797, Part I; long-term gain from Forms 2439 and 6252; and long-term gain or (loss) from Forms 4684, 6781, and 8824 . . . . . . . . | **11** | | |
| 12 | Net long-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 . . . | **12** | | |
| 13 | Capital gain distributions. See instrs . . . . . . . . . . | **13** | | |
| 14 | Long-term capital loss carryover. Enter the amount, if any, from line 15 of your **Capital Loss Carryover Worksheet** in the instructions . . . . . . | **14** | | |
| 15 | **Net long-term capital gain or (loss).** Combine lines 8 through 14 in column (f). Then go to Part III on page 2 . . . . . . . . | **15** | | |

**BAA** For Paperwork Reduction Act Notice, see Form 1040 or Form 1040NR instructions.

Schedule D (Form 1040) 2007

FDIA0012   11/07/07

Schedule D (Form 1040) 2007    Yong Han                                          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                    Page **2**

| Part III | Summary |

---

16  Combine lines 7 and 15 and enter the result . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **16** | -555.

If line 16 is:

- **A gain,** enter the amount from line 16 on Form 1040, line 13, or Form 1040NR, line 14. Then go to line 17 below.
- **A loss,** skip lines 17 through 20 below. Then go to line 21. Also be sure to complete line 22.
- **Zero,** skip lines 17 through 21 below and enter -0- on Form 1040, line 13, or Form 1040NR, line 14. Then to go line 22.

17  Are lines 15 and 16 **both** gains?

☐ **Yes.** Go to line 18.

☐ **No.** Skip lines 18 through 21, and go to line 22.

18  Enter the amount, if any, from line 7 of the **28% Rate Gain Worksheet** in the instructions . . . . . . . . . . . ► **18**

19  Enter the amount, if any, from line 18 of the **Unrecaptured Section 1250 Gain Worksheet** in the instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ► **19**

20  Are lines 18 and 19 **both** zero or blank?

☐ **Yes.** Complete Form 1040 through line 43, or Form 1040NR through line 40. Then complete the **Qualified Dividends and Capital Gain Tax Worksheet** in the Instructions for Form 1040 (or in the Instructions for Form 1040NR). **Do not** complete lines 21 and 22 below.

☐ **No.** Complete Form 1040 through line 43, or Form 1040NR through line 40. Then complete the **Schedule D Tax Worksheet** in the instructions. **Do not** complete lines 21 and 22 below.

21  If line 16 is a loss, enter here and on Form 1040, line 13, or Form 1040NR, line 14, the **smaller** of:

- The loss on line 16 or
- ($3,000), or if married filing separately, ($1,500)   . . . . . . . . . . . . . . . . . . . . . **21** | -555.

**Note.** When figuring which amount is smaller, treat both amounts as positive numbers.

22  Do you have qualified dividends on Form 1040, line 9b, or Form 1040NR, line 10b?

☒ **Yes.** Complete Form 1040 through line 43, or Form 1040NR through line 40. Then complete the **Qualified Dividends and Capital Gain Tax Worksheet** in the Instructions for Form 1040 (or in the Instructions for Form 1040NR).

☐ **No.** Complete the rest of Form 1040 or Form 1040NR.

Schedule **D** (Form 1040) 2007

FDIA0612  11/07/07

**SCHEDULE D-1**
(Form 1040)

Department of the Treasury
Internal Revenue Service

**Continuation Sheet for Schedule D (Form 1040)**
► See instructions for Schedule D (Form 1040).
► Attach to Schedule D to list additional transactions for lines 1 and 8.

OMB No. 1545-0074

**2007**
Attachment
Sequence No. **12A**

| Name(s) shown on return | Your social security number |
|---|---|
| Yong Han | 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 |

**Part I**   Short-Term Capital Gains and Losses — Assets Held One Year or Less

| | (a) Description of property (Example: 100 shares XYZ Co) | (b) Date acquired (Mo, day, yr) | (c) Date sold (Mo, day, yr) | (d) Sales price (see instructions) | (e) Cost or other basis (see instructions) | (f) Gain or (loss) Subtract (e) from (d) |
|---|---|---|---|---|---|---|
| 1 | SYNOVUS FINANCIAL CORP | 03/30/07 | 04/13/07 | 969.62 | 1,000.00 | -30.38 |
| | 33.8436 SHARE OF U.S. BANCORP | 03/05/07 | 04/13/07 | 1,156.64 | 1,204.00 | -47.36 |
| | 0.1887 SHARE OF U.S. BANCORP | 04/16/07 | 12/19/07 | 6.17 | 6.60 | -0.43 |
| | ALUMINUM CORP CHINA LTD SPONRD ADR REPS | 01/23/07 | 02/13/07 | 897.18 | 804.00 | 93.18 |
| | ALUMINUM CORP CHINA LTD SPONRD ADR REPS | 12/26/06 | 02/13/07 | 220.96 | 204.00 | 16.96 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| 2 | Totals. Add the amounts in column (d). Also, combine the amounts in column (f). Enter here and on Schedule D, line 2 . . ► **2** | | | 3,251. | | 32. |

BAA **For Paperwork Reduction Act Notice, see Form 1040 or Form 1040NR instructions.**   FDIA0656 10/02/07   Schedule D-1 (Form 1040) 2007

**SCHEDULE SE**
(Form 1040)

Department of the Treasury
Internal Revenue Service

**Self-Employment Tax**

► Attach to Form 1040. ► See Instructions for Schedule SE (Form 1040).

OMB No. 1545-0074

**2007**

Attachment
Sequence No. **17**

| Name of person with **self-employment income** (as shown on Form 1040) | Social security number of person with **self-employment income** ► |
|---|---|
| Yong Han | 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 |

## Who Must File Schedule SE

You must file Schedule SE if:

- You had net earnings from self-employment from **other than** church employee income (line 4 of Short Schedule SE or line 4c of Long Schedule SE) of $400 or more, **or**

- You had church employee income of $108.28 or more. Income from services you performed as a minister or a member of a religious order **is not** church employee income (see instructions).

**Note.** Even if you had a loss or a small amount of income from self-employment, it may be to your benefit to file Schedule SE and use either 'optional method' in Part II of Long Schedule SE (see instructions).

**Exception.** If your only self-employment income was from earnings as a minister, member of a religious order, or Christian Science practitioner **and** you filed Form 4361 and received IRS approval not to be taxed on those earnings, **do not** file Schedule SE. Instead, write 'Exempt — Form 4361' on Form 1040, line 58.

## May I Use Short Schedule SE or Must I Use Long Schedule SE?
**Note.** Use this flowchart **only if** you must file Schedule SE. If unsure, see Who Must File Schedule SE, above.





---

**Section A — Short Schedule SE.** Caution. Read above to see if you can use Short Schedule SE.

| | | |
|---|---|---|
| 1  Net farm profit or (loss) from Schedule F, line 36, and farm partnerships, Schedule K-1 (Form 1065), box 14, code A . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **1** | |
| 2  Net profit or (loss) from Schedule C, line 31; Schedule C-EZ, line 3; Schedule K-1 (Form 1065), box 14, code A (other than farming); and Schedule K-1 (Form 1065-B), box 9, code J1. Ministers and members of religious orders, see instructions for amounts to report on this line. See instructions for other income to report . . . . . . . | **2** | 18,558. |
| 3  Combine lines 1 and 2 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **3** | 18,558. |
| 4  **Net earnings from self-employment.** Multiply line 3 by 92.35% (.9235). If less than $400, **do not file** this schedule; you do not owe self-employment tax . . . . . . . . . . . . . . . . . . . ► | **4** | 17,138. |
| 5  **Self-employment tax.** If the amount on line 4 is: <br> • $97,500 or less, multiply line 4 by 15.3% (.153). Enter the result here and on **Form 1040, line 58.** <br> • More than $97,500, multiply line 4 by 2.9% (.029). Then, add $12,090 to the result. Enter the total here and on **Form 1040, line 58.** | **5** | 2,622. |
| 6  Deduction for one-half of self-employment tax. Multiply line 5 by 50% (.5). Enter the result here and on **Form 1040, line 27** . . . . . . . . . . . . . . . | **6**  1,311. | |

**BAA  For Paperwork Reduction Act Notice, see Form 1040 instructions.**

Schedule SE (Form 1040) 2007

FDIA1101    11/02/07

Form **8812**

**Additional Child Tax Credit**

OMB No. 1545-0074

**2007**

Department of the Treasury
Internal Revenue Service

*Complete and attach to Form 1040, Form 1040A, or Form 1040NR.*

Attachment
Sequence No. **47**

| Name(s) shown on return | Your social security number |
|---|---|
| Yong Han | 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 |

### Part I    All Filers

| | | | |
|---|---|---|---|
| 1 | Enter the amount from line 1 of your Child Tax Credit Worksheet in the Form 1040, Form 1040A or Form 1040NR instructions. If you used Publication 972, enter the amount from line 8 of the worksheet on page 4 of the publication . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **1** | 2,000. |
| 2 | Enter the amount from Form 1040, line 52, Form 1040A, line 32, or Form 1040NR, line 47 . . . . . . . . | **2** | 62. |
| 3 | Subtract line 2 from line 1. If zero, **stop**; you cannot take this credit . . . . . . . . . . . . . . . . . | **3** | 1,938. |
| 4 a | Enter your total earned income (see instructions) . . . . . . . . . . . . . . . **4a** 17,247. | | |
| b | Nontaxable combat pay (see instructions) . . . . . **4b** | | |
| 5 | Is the amount on line 4a more than $11,750?  ☐ **No.** Leave line 5 blank and enter -0- on line 6.  ☒ **Yes.** Subtract $11,750 from the amount on line 4a. Enter the result . . . . . . **5** 5,497. | | |
| 6 | Multiply the amount on line 5 by 15% (.15) and enter the result . . . . . . . . . . . . . . . . . . . . | **6** | 825. |

**Next.** Do you have three or more qualifying children?

☒ **No.** If line 6 is zero, **stop**; you cannot take this credit. Otherwise, skip Part II and enter the **smaller** of line 3 or line 6 on line 13.

☐ **Yes.** If line 6 is equal to or more than line 3, skip Part II and enter the amount from line 3 on line 13. Otherwise, go to line 7.

### Part II    Certain Filers Who Have Three or More Qualifying Children

| | | | |
|---|---|---|---|
| 7 | Withheld social security and Medicare taxes from Form(s) W-2, boxes 4 and 6. If married filing jointly, include your spouse's amounts with yours. If you worked for a railroad, see the instructions . . . . . . . . . . . . . . . . . . . . . . | **7** | |
| 8 | **1040 filers:** Enter the total of the amounts from Form 1040, lines 27 and 59, plus any taxes that you identified using code 'UT' and entered on the dotted line next to line 63.  **1040A filers:** Enter -0-.  **1040NR filers:** Enter the total of the amounts from Form 1040NR, line 54, plus any taxes that you identified using code 'UT' and entered on the dotted line next to line 58. | **8** | |
| 9 | Add lines 7 and 8 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **9** | |
| 10 | **1040 filers:** Enter the total of the amounts from Form 1040, lines 66a and 67.  **1040A filers:** Enter the total of the amount from Form 1040A, line 40a, plus any excess social security and tier 1 RRTA taxes withheld that you entered to the left of line 42 (see instructions).  **1040NR filers:** Enter the amount from Form 1040NR, line 61. | **10** | |
| 11 | Subtract line 10 from line 9. If zero or less, enter -0- . . . . . . . . . . . . . . . . . . | **11** | |
| 12 | Enter the **larger** of line 6 or line 11 . . . . . . . . . . . . . . . . . . . . . . . | **12** | |

**Next**, enter the **smaller** of line 3 or line 12 on line 13.

### Part III    Additional Child Tax Credit

| | | | |
|---|---|---|---|
| 13 | **This is your additional child tax credit** . . . . . . . . . . . . . . . . . . . . | **13** | 825. |

*Enter this amount on
Form 1040, line 68, or
Form 1040A, line 41, or
Form 1040NR, line 62.*

**BAA  For Paperwork Reduction Act Notice, see instructions.**    FDIA3001  11/09/07    Form 8812 (2007)

**UNTIED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In Re:                                    )        Case No.
Yong Han
                                )
                                          )        Chapter 7
            Debtor(s).                    )        Judge
                                          )

## DECLARATION CONCERNING INCOME

1.      I am working as an accupuncturist, which I have been doing for about two and
half years.  I am self-employed.  I am paid in cash or checks by my clients.

2.      Thus, I does not have pay advices/ paycheck stubs for the 60 days prior to the
filing of the case or proof of income for the six months prior to filing.

3.      Additional Comments:

_____          _____
Debtor's Signature                                  Joint Debtor's Signature

Date: _8-17-2008_____          Date: _____

Form **8606**

Department of the Treasury
Internal Revenue Service

**Nondeductible IRAs**

► See separate instructions.
► Attach to Form 1040, Form 1040A, or Form 1040NR.

OMB No. 1545-0074

**2007**

Attachment
Sequence No. **48**

Name. If married, file a separate form for each spouse required to file Form 8606. See instructions.

Yong Han

Your social security number

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

**Fill In Your Address
Only if You Are Filing
This Form by Itself ►
and Not With Your
Tax Return**

Home address (number and street, or P.O. box if mail is not delivered to your home)

City, town or post office

Apartment number

State    ZIP code

| Part I | Nondeductible Contributions to Traditional IRAs and Distributions From Traditional, SEP, and SIMPLE IRAs |
|---|---|

Complete this part only if one or more of the following apply.

- You made nondeductible contributions to a traditional IRA for 2007.
- You took distributions from a traditional, SEP, or SIMPLE IRA in 2007 **and** you made nondeductible contributions to a traditional IRA in 2007 or an earlier year. For this purpose, a distribution does not include a rollover, qualified charitable distribution, one-time distribution to fund an HSA, conversion, recharacterization, or return of certain contributions.
- You converted part, but not all, of your traditional, SEP, and SIMPLE IRAs to Roth IRAs in 2007 (excluding any portion you recharacterized) **and** you made nondeductible contributions to a traditional IRA in 2007 or an earlier year.

| | | | |
|---|---|---|---|
| 1 | Enter your nondeductible contributions to traditional IRAs for 2007, including those made for 2007 from January 1, 2008, through April 15, 2008 (see instructions) | **1** | |
| 2 | Enter your total basis in traditional IRAs (see instructions) | **2** | |
| 3 | Add lines 1 and 2 | **3** | |

**In 2007, did you take a distribution from traditional, SEP, or SIMPLE IRAs, or make a Roth IRA conversion?** ——— No ———► Enter the amount from line 3 on line 14. Do not complete the rest of Part I.
——— Yes ———► Go to line 4.

| | | | |
|---|---|---|---|
| 4 | Enter those contributions included on line 1 that were made from January 1, 2008, through April 15, 2008 | **4** | |
| 5 | Subtract line 4 from line 3 | **5** | |
| 6 | Enter the value of **all** your traditional, SEP, and SIMPLE IRAs as of December 31, 2007, plus any outstanding rollovers (see instructions) | **6** | |
| 7 | Enter your distributions from traditional, SEP, and SIMPLE IRAs in 2007. **Do not** include rollovers, qualified charitable distributions, a one-time distribution to fund an HSA, conversions to a Roth IRA, certain returned contributions, or recharacterizations of traditional IRA contributions (see instructions) | **7** | |
| 8 | Enter the net amount you converted from traditional, SEP, and SIMPLE IRAs to Roth IRAs in 2007. **Do not** include amounts converted that you later recharacterized (see instructions). Also enter this amount on line 16 | **8** | |
| 9 | Add lines 6, 7, and 8 | **9** | |
| 10 | Divide line 5 by line 9. Enter the result as a decimal rounded to at least 3 places. If the result is 1.000 or more, enter '1.000' | **10** X | |
| 11 | Multiply line 8 by line 10. This is the nontaxable portion of the amount you converted to Roth IRAs. Also enter this amount on line 17 | **11** | |
| 12 | Multiply line 7 by line 10. This is the nontaxable portion of your distributions that you did not convert to a Roth IRA | **12** | |
| 13 | Add lines 11 and 12. This is the nontaxable portion of all your distributions | **13** | |
| 14 | Subtract line 13 from line 3. This is **your total basis in traditional IRAs for 2007 and earlier years** | **14** | |
| 15 | **Taxable amount.** Subtract line 12 from line 7. Also include this amount on Form 1040, line 15b; Form 1040A, line 11b; or Form 1040NR, line 16b | **15** | |

**Note:** You may be subject to an additional 10% tax on the amount on line 15c if you were under age 59-1/2 at the time of the distribution (see instructions).

BAA **For Privacy Act and Paperwork Reduction Act Notice, see instructions.**

Form **8606** (2007)

Form 8606 (2007)    Yong Han                                    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                    **Page 2**

| **Part II** | **2007 Conversions From Traditional, SEP, or SIMPLE IRAs to Roth IRAs** |

Complete this part if you converted part or all of your traditional, SEP, and SIMPLE IRAs to a Roth IRA in 2007 (excluding any portion you recharacterized).
**Caution:** *If your modified adjusted gross income is over $100,000 or you are married filing separately and you lived with your spouse at any time in 2007, you **cannot** convert any amount from traditional, SEP, or SIMPLE IRAs to Roth IRAs for 2007. If you erroneously made a conversion, you must recharacterize (correct) it (see instructions).*

| | | | |
|---|---|---|---|
| 16 | If you completed Part I, enter the net amount you converted from traditional, SEP, and SIMPLE IRAs to Roth IRAs in 2007. **Do not** include amounts you later recharacterized back to traditional, SEP, or SIMPLE IRAs in 2007 or 2008 (see instructions) . . . . . . . . . . . . . . . . . | **16** | |
| 17 | If you completed Part I, enter the amount from line 11. Otherwise, enter your basis in the amount on line 16 (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **17** | |
| 18 | **Taxable amount.** Subtract line 17 from line 16. Also include this amount on Form 1040, line 15b; Form 1040A, line 11b; or Form 1040NR, line 16b . . . . . . . . . . . . . . . . . . . . . . | **18** | |

| **Part III** | **Distributions From Roth IRAs** |

Complete this part only if you took a distribution from a Roth IRA in 2007. For this purpose, a distribution does not include a rollover, qualified charitable distribution, one-time distribution to fund an HSA, recharacterization, or return of certain contributions (see instructions).

| | | | |
|---|---|---|---|
| 19 | Enter your total nonqualified distributions from Roth IRAs in 2007 including any qualified first-time homebuyer distributions (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . | **19** | 1,979. |
| 20 | Qualified first-time homebuyer expenses (see instructions). **Do not** enter more than $10,000 . . . . . . . | **20** | |
| 21 | Subtract line 20 from line 19. If zero or less, enter -0- and skip lines 22 through 25 . . . . . . . . . . | **21** | 1,979. |
| 22 | Enter your basis in Roth IRA contributions (see instructions) . . . . . . . . . . . . . . . . . . . | **22** | 2,000. |
| 23 | Subtract line 22 from line 21. If zero or less, enter -0- and skip lines 24 and 25. If more than zero, you may be subject to an additional tax (see instructions) . . . . . . . . . . . . . . . . . . . . . . . | **23** | 0. |
| 24 | Enter your basis in Roth IRA conversions (see instructions) . . . . . . . . . . . . . . . . . . . | **24** | |
| 25 | **Taxable amount.** Subtract line 24 from line 23. If zero or less, enter -0-. Also include this amount on Form 1040, line 15b; Form 1040A, line 11b; or Form 1040NR, line 16b . . . . . . . . . . . . . . | **25** | |

**Sign Here Only if You Are Filing This Form by Itself and Not With Your Tax Return**

Under penalties of perjury, I declare that I have examined this form, including accompanying attachments, and to the best of my knowledge and belief, it is true, correct, and complete.

▶ _____    ▶ _____
Your signature                        Date

| **Paid Preparer's Use Only** | Preparer's signature ▶ | | Date | Check if self-employed ☐ | Preparer's SSN or PTIN |
|---|---|---|---|---|---|
| | Firm's name (or yours if self-employed), address, and ZIP code ▶ | | | EIN | |
| | | | | Phone no. | |

FDIA0112   10/02/07

Form **8606** (2007)

**Form 1040**
**Line 44**

**Qualified Dividends and Capital Gain Tax**
**Worksheet - Line 44**

**2007**

► Keep for your records

| Name(s) Shown on Return | Social Security Number |
|---|---|
| Yong Han | 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 |

**Before you begin:** See the instructions for line 44 to see if you can use this worksheet to figure your tax.

If you do not have to file Schedule D and you received capital gain distributions, be sure you checked the box on line 13 of Form 1040.

| | | | | |
|---|---|---|---|---|
| 1 | Enter the amount from Form 1040, line 43 . . . . . . . . | 1 | 644. | |
| 2 | Enter the amount from Form 1040, line 9b . . . . . . . . . | 2 | 61. | |
| 3 | Are you filing Schedule D? | | | |
| | [X] **Yes.** Enter the smaller of line 15 or 16 of Schedule D, but do not enter less -0- . . | 3 | 0. | |
| | [ ] **No.** Enter the amount from Form 1040, line 13. | | | |
| 4 | Add lines 2 and 3 . . . . . . . . | 4 | 61. | |
| 5 | If you are claiming investment interest expense on Form 4952, enter the amount from line 4g. Otherwise enter -0- . . | 5 | 0. | |
| 6 | Subtract line 5 from line 4. If zero or less, enter -0- . . . . | 6 | 61. | |
| 7 | Subtract line 6 from line 1. If zero or less, enter -0- . . . . . | 7 | 583. | |
| 8 | Enter the **smaller** of: | | | |
| | • The amount on line 1 or | | | |
| | • $31,850 if single or married filing sep, $63,700 if married filing jointly or qualifying widow(er), or $42,650 if head of household. | 8 | 644. | |
| 9 | Is the amount on line 7 equal to or more than the amount on line 8? | | | |
| | [ ] **Yes.** Skip lines 9 through 11; go to line 12. . . . . . | | | |
| | [X] **No.** Enter the amount from line 7 . . . . . . . . . | 9 | 583. | |
| 10 | Subtract line 9 from line 8 . . . . . . . . . . . . . . | 10 | 61. | |
| 11 | Multiply line 10 by 5% (.05) . . . . . . . . . . . . . . . . . | 11 | | 3. |
| 12 | Are the amounts on lines 6 and 10 the same? | | | |
| | [X] **Yes.** Skip lines 12 through 15; go to line 16 | | | |
| | [ ] **No.** Enter the **smaller** of line 1 or line 6 . . . | 12 | | |
| 13 | Enter the amt from line 10 (if line 10 is blank, enter 0) . . | 13 | | |
| 14 | Subtract line 13 from line 12 . . . . . . . . . . . . . | 14 | | |
| 15 | Multiply line 14 by 15% (.15) . . . . . . . . . . . . . . . . | | | 15 |
| 16 | Figure the tax on the amount on line 7. Use the Tax Table or Tax Computation Worksheet, whichever applies. . . . . . . . . . . . . . . . . . . . . | | 16 | 59. |
| 17 | Add lines 11, 15, and 16 . . . . . . . . . . . . . . . . . . . . . . . . | | 17 | 62. |
| 18 | Figure the tax on the amount on line 1. Use the Tax Table or Tax Computation Worksheet, whichever applies. . . . . . . . . . . . . . . . . . . . . | | 18 | 64. |
| 19 | **Tax on all taxable income.** Enter the **smaller** of line 17 or line 18 here and on Form 1040, line 44. . . . . . . . . . . . . . . . . . . . . . . . . . . | | 19 | 62. |

## Tax Payments Worksheet
► Keep for your records

**2007**

| Name(s) Shown on Return | Social Security Number |
|---|---|
| Yong Han | 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 |

### Estimated Tax Payments for 2007  (If more than 4 payments for any state or locality, see Tax Help)

| | Federal | | State | | | Local | | |
|---|---|---|---|---|---|---|---|---|
| | Date | Amount | Date | Amount | ID | Date | Amount | ID |
| 1 | 04/17/07 | | 04/16/07 | | | 04/16/07 | | |
| 2 | 06/01/07 | 1,000. | 06/15/07 | | | 06/15/07 | | |
| 3 | 09/17/07 | | 09/17/07 | | | 09/17/07 | | |
| 4 | 01/15/08 | | 01/15/08 | | | 01/15/08 | | |
| 5 | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **Tot Estimated Payments** . . . | | 1,000. | | | | | | |

### Tax Payments Other Than Withholding (If multiple states, see Tax Help)

| | Federal | State | ID | Local | ID |
|---|---|---|---|---|---|
| 6  Overpayments applied to 2007 . . . . | | | | | |
| 7  Credited by estates and trusts . . . . | | | | | |
| 8  **Totals**  Lines 1 through 7 . . . . . . | 1,000. | | | | |
| 9  2007 extensions . . . . . . . . . . . | | | | | |

### Taxes Withheld From:

| | Federal | State | Local |
|---|---|---|---|
| 10  Forms W-2 . . . . . . . . . . . . . . . . . | | | |
| 11  Forms W-2G . . . . . . . . . . . . . . . . | | | |
| 12  Forms 1099-R . . . . . . . . . . . . . . . | 198. | | |
| 13  Forms 1099-MISC and 1099-G . . . . . . . . . | | | |
| 14  Schedules K-1 . . . . . . . . . . . . . . . . | | | |
| 15  Forms 1099-INT, DIV and OID . . . . . . . . | | | |
| 16  Social Security and Railroad Benefits . . . . . . | | | |
| 17  Form 1099-B . . . . . . . St ___ Loc ___ | | | |
| 18 a  Other withholding . . . . St ___ Loc ___ | | | |
| b  Other withholding . . . . St ___ Loc ___ | | | |
| c  Other withholding . . . . St ___ Loc ___ | | | |
| 19  **Total Withholding**  Lines 10 through 18c . . . . | 198. | | |
| 20  **Total Tax Payments for 2007** . . . . . . . . . . | 1,198. | | |

### Prior Year Taxes Paid In 2007 (If multiple states or localities, see Tax Help)

| | State | ID | Local | ID |
|---|---|---|---|---|
| 21  Tax paid with 2006 extensions . . . . . . . . . . . . | | | | |
| 22  2006 estimated tax paid after 12/31/06 . . . . . . . . | | | | |
| 23  Balance due paid with 2006 return . . . . . . . . . . | | | | |
| 24  Other (amended returns, installment payments, etc) . . | | | | |

# Federal Carryover Worksheet
## 2007

► Keep for your records

| Name(s) Shown on Return | Social Security Number |
|---|---|
| Yong Han | 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 |

## 2006 State and Local Income Tax Information (See Tax Help)

| (a)<br>State or<br>Local ID | (b)<br>Paid With<br>Extension | (c)<br>Estimates Pd<br>After 12/31 | (d)<br>Total With-<br>held/Pmts | (e)<br>Paid With<br>Return | (f)<br>Total Over-<br>payment | (g)<br>Applied<br>Amount |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| Totals . . | | | | | | |

## Other Tax and Income Information

| | | | 2006 | 2007 |
|---|---|---|---|---|
| 1 | Filing status . . . . . . . . . . . . . . . . . . . . | 1 | | 3   MFS |
| 2 | Number of exemptions for blind or over 65 (0 - 4). . . . . | 2 | | |
| 3 | Itemized deductions after limitation. . . . . . . . . . . . | 3 | | 530. |
| 4 | Check box if required to itemize deductions . . . . . . . . | 4 | | |
| 5 | Adjusted gross income . . . . . . . . . . . . . | 5 | | 16,194. |
| 6 | Tax liability for Form 2210 or Form 2210-F . . . . . . . . | 6 | | 1,797. |
| 7 | Alternative minimum tax. . . . . . . . . . . . . . | 7 | | |
| 8 | Federal overpayment applied to next year estimated tax . . . | 8 | | |

QuickZoom to the IRA Information Worksheet for IRA information (see Tax Help) . . . . . . . ►

## Excess Contributions

| | | | 2006 | 2007 |
|---|---|---|---|---|
| 9 a | Taxpayer's excess Archer MSA contributions as of 12/31 . . . . | 9 a | | |
| b | Spouse's excess Archer MSA contributions as of 12/31 . . . . . | b | | |
| 10 a | Taxpayer's excess Coverdell ESA contributions as of 12/31. . . | 10 a | | |
| b | Spouse's excess Coverdell ESA contributions as of 12/31. . . . | b | | |
| 11 a | Taxpayer's excess HSA contributions as of 12/31 . . . . . . . | 11 a | | |
| b | Spouse's excess HSA contributions as of 12/31 . . . . . . . . | b | | |

## Loss and Expense Carryovers

| | | | 2006 | 2007 |
|---|---|---|---|---|
| 12 a | Short-term capital loss. . . . . . . . . . . . . . . . . . . | 12 a | | |
| b | AMT Short-term capital loss . . . . . . . . . . . . . . . . . | b | | |
| 13 a | Long-term capital loss . . . . . . . . . . . . . . . . . . . | 13 a | | |
| b | AMT Long-term capital loss . . . . . . . . . . . . . . . . . | b | | |
| 14 a | Net operating loss available to carry forward . . . . . . . . . | 14 a | | |
| b | AMT Net operating loss available to carry forward . . . . . . | b | | |
| 15 a | Investment interest expense disallowed . . . . . . . . . . . . | 15 a | | |
| b | AMT Investment interest expense disallowed . . . . . . . . . | b | | |
| 16 | Nonrecaptured net Section 1231 losses from: a 2007. . . . | 16 a | | |
| | b 2006. . . . | b | | |
| | c 2005. . . . | c | | |
| | d 2004. . . . | d | | |
| | e 2003. . . . | e | | |
| | f 2002. . . . | f | | |

**Federal Carryover Worksheet page 3**  **2007**

Yong Han                                               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

**Charitable Contribution Carryovers**

| 27 | 2006 Carryover of charitable contributions from: | Other Property | | Capital Gain | |
|---|---|---|---|---|---|
| | | **(a) 50%** | **(b) 30%** | **(c) 30%** | **(d) 20%** |
| a | 2006 . . . . . . . . . . . . | | | | |
| b | 2005 . . . . . . . . . . . . | | | | |
| c | 2004 . . . . . . . . . . . . | | | | |
| d | 2003 . . . . . . . . . . . . | | | | |
| e | 2002 . . . . . . . . . . . . | | | | |

| 28 | 2007 Carryover of charitable contributions from: | Other Property | | Capital Gain | |
|---|---|---|---|---|---|
| | | **(a) 50%** | **(b) 30%** | **(c) 30%** | **(d) 20%** |
| a | 2007 . . . . . . . . . . . . | | | | |
| b | 2006 . . . . . . . . . . . . | | | | |
| c | 2005 . . . . . . . . . . . . | | | | |
| d | 2004 . . . . . . . . . . . . | | | | |
| e | 2003 . . . . . . . . . . . . | | | | |

**Estimated Rebate Due to Economic Stimulus Act of 2008**

| 29 | Total Estimated Rebate: | |
|---|---|---|
| a | Basic Credit . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 300. |
| b | Child Credit . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 600. |
| c | Reduction Due to Adjusted Gross Income Limitation . . . . . . . . . . . . . . . . . . | |
| d | Total Estimated Rebate . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 900. |

## IRA Information Worksheet          **2007**

► Keep for your records

| Name(s) Shown on Return | Social Security Number |
|---|---|
| Yong Han | 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 |

| Part I | Traditional IRA | | Taxpayer | Spouse |
|---|---|---|---|---|
| | **Basis and Value** | | | |
| 1 | Total basis in traditional IRAs . . . . . . . . . . . . . . . . . . . | | | |
| 2 | Year-end value on 12/31/2007. . . . . . . . . . . . . . . . | | | |
| 3 | Basis carryover as of 12/31/2007 . . . . . . . . . . . . . . | | | |
| | **Excess Contributions** | | | |
| 4 | Excess contributions as of 12/31/2006 . . . . . . . . . . . . | | | |
| 5 | Carryover of excess contributions to 12/31/2007. . . . . . . . | | | |

| Part II | Roth IRA | | Taxpayer | Spouse |
|---|---|---|---|---|
| | **Basis (Contribution and Conversion History)** | | | |
| 6 | Basis in Roth IRA contributions . . . . . . . . . . . . . . . . . | | 2,000. | |
| 7 | Basis in Roth IRA conversions. . . . . . . . . . . . . . . . . . | | | |
| 8 | Contribution basis carryover as of 12/31/2007 . . . . . . . . | | 21. | |
| 9 | Conversion basis carryover as of 12/31/2007 . . . . . . . . | | | |
| | **Excess Contributions** | | | |
| 10 | Excess contributions as of 12/31/2006 . . . . . . . . . . . . | | | |
| 11 | Carryover of excess contributions to 12/31/2007. . . . . . . . | | | |

| Part III | Traditional IRA Basis Detail | | Taxpayer | Spouse |
|---|---|---|---|---|
| 12 | Basis for 2006 and earlier years . . . . . . . . . . . . . . . | | | |
| 13 | Adjustment due to return of excess contributions . . . . . . . . . . | | | |
| 14 | Rollover of nontaxable portion of a qualified retirement plan . . . . | | | |
| 15 | Basis received from former spouse due to divorce or inherited. . . | | | |
| 16 | Basis transferred to former spouse due to divorce . . . . . . . . | | | |
| 17 | Adjusted total basis in Traditional IRAs. . . . . . . . . . . . . . | | | |

| Part IV | Traditional IRA Year-end Value Detail | | Taxpayer | Spouse |
|---|---|---|---|---|
| 18 | Enter the combined value of all traditional IRAs (including SIMPLE IRAs) on 12/31/07 *(See Help)* . . . . . . . . . | | | |
| 19 | If any amounts were recharacterized either to or from any traditional IRA, enter the net amounts recharacterized after 12/31/07 *(See Help)* . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 20 | Enter the total amount of any traditional IRA distributions that you rolled over, or intend to roll over, to another traditional IRA, but the rollover was (or will be) made after 12/31/07 . . . . . | | | |
| 21 | Check this box if you converted **all** of the traditional IRAs you had in 2007 to Roth IRAs in 2007. . . . . . . . . . . . . . . . . | | ☐ | ☐ |

# IRA Information Worksheet
► Keep for your records

2007

Page 2

| Name(s) Shown on Return | Social Security Number |
|---|---|
| Yong Han | 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 |

| Part V | Roth IRA Contribution and Conversion Balances | Taxpayer | Spouse |
|---|---|---|---|
| 22 | Opened a Roth IRA before 2003 . . . . . . . . . . . . . . . . . | Yes ☐ No ☒ | Yes ☐ No ☐ |

**2006 Balances (Basis - Before 2007 Transactions)**

| | | Taxpayer | Spouse |
|---|---|---|---|
| 23 | Cumulative regular **Roth** IRA contributions, including rollovers from Roth 401(k) and Roth 403(b) . . . . . . . . . . . . . . . . | 2,000. | |
| 24 | Cumulative pre 2003 conversions - taxable and nontaxable . . . . | | |
| 25 | 2003 conversion contributions taxable at conversion . . . . . . . | | |
| 26 | 2003 conversion contributions not taxable at conversion . . . . . . | | |
| 27 | 2004 conversion contributions taxable at conversion . . . . . . . . | | |
| 28 | 2004 conversion contributions not taxable at conversion . . . . . . | | |
| 29 | 2005 conversion contributions taxable at conversion . . . . . . . . | | |
| 30 | 2005 conversion contributions not taxable at conversion . . . . . . | | |
| 31 | 2006 conversion contributions taxable at conversion . . . . . . . . | | |
| 32 | 2006 conversion contributions not taxable at conversion . . . . . . | | |

**2007 Transactions - Contributions**

| | | Taxpayer | Spouse |
|---|---|---|---|
| 33 | Regular **Roth** IRA contributions . . . . . . . . . . . . . . . . . . | | |
| 34 | Rollover from Roth 401(k) and Roth 403(b) . . . . . . . . . . . . | | |
| 35 | Conversion contributions taxable at conversion . . . . . . . . . . | | |
| 36 | Conversion contributions not taxable at conversion . . . . . . . . | | |
| 37 | Repayments of qualified Roth reservist distributions . . . . . . . | | |
| 38 | Repayment of basis from prior year hurricane distributions . . . . . | | |

**2007 Transactions - Distributions**

| | | | |
|---|---|---|---|
| 39 | Distributions from regular **Roth** IRA contributions and from rollovers from Roth 401(k) and Roth 403(b) | 1,979. | |
| 40 | Distributions from cumulative pre 2003 conversions | | |
| 41 | Distributions from 2003 conversions taxable at conversion . . . . . | | |
| 42 | Distributions from 2003 conversions not taxable at conversion . . . | | |
| 43 | Distributions from 2004 conversions taxable at conversion . . . . . | | |
| 44 | Distributions from 2004 conversions not taxable at conversion . . . | | |
| 45 | Distributions from 2005 conversions taxable at conversion . . . . . | | |
| 46 | Distributions from 2005 conversions not taxable at conversion . . . | | |
| 47 | Distributions from 2006 conversions taxable at conversion . . . . . | | |
| 48 | Distributions from 2006 conversions not taxable at conversion . . . | | |
| 49 | Distributions from 2007 conversions taxable at conversion . . . . . | | |
| 50 | Distributions from 2007 conversions not taxable at conversion . . . | | |

| | | Yes  No | Yes  No |
|---|---|---|---|
| 51 | Did you have any open Roth IRA accounts on 12/31/07 . . . . . . | ☒  ☐ | ☐  ☐ |

**Balance carryover to 2008 (Basis - After 2007 Transactions)**

| | | | |
|---|---|---|---|
| 52 | Cumulative regular **Roth** IRA contributions, including rollovers from Roth 401(k) and Roth 403(b) . . . . . . . . . . . . . . . . | 21. | |
| 53 | Cumulative pre 2004 conversions - taxable and nontaxable | | |
| 54 | 2004 conversion contributions taxable at conversion . . . . . . . . | | |
| 55 | 2004 conversion contributions not taxable at conversion . . . . . . | | |
| 56 | 2005 conversion contributions taxable at conversion . . . . . . . . | | |
| 57 | 2005 conversion contributions not taxable at conversion . . . . . . | | |
| 58 | 2006 conversion contributions taxable at conversion . . . . . . . . | | |
| 59 | 2006 conversion contributions not taxable at conversion . . . . . . | | |
| 60 | 2007 conversion contributions taxable at conversion . . . . . . . . | | |
| 61 | 2007 conversion contributions not taxable at conversion . . . . . . | | |

## IRA Information Worksheet

**2007**

► Keep for your records

Page 3

| Name(s) Shown on Return | Social Security Number |
|---|---|
| Yong Han | 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 |

| Part VI | Roth IRA Basis Adjustments | Taxpayer | Spouse |
|---|---|---|---|
| | **Received From Former Spouse due to Divorce or Inheritance** | | |
| 62 | Cumulative regular **Roth** IRA contributions, including rollovers from Roth 401(k) and Roth 403(b) . . . . . . . . . . . . . . . . | | |
| 63 | Cumulative pre 2003 conversions - taxable and nontaxable . . . . . | | |
| 64 | 2003 conversion contributions taxable at conversion . . . . . . . | | |
| 65 | 2003 conversion contributions not taxable at conversion . . . . . . | | |
| 66 | 2004 conversion contributions taxable at conversion . . . . . . . | | |
| 67 | 2004 conversion contributions not taxable at conversion . . . . . . | | |
| 68 | 2005 conversion contributions taxable at conversion . . . . . . . | | |
| 69 | 2005 conversion contributions not taxable at conversion . . . . . . | | |
| 70 | 2006 conversion contributions taxable at conversion . . . . . . . | | |
| 71 | 2006 conversion contributions not taxable at conversion . . . . . . | | |
| 72 | 2007 conversion contributions taxable at conversion . . . . . . . | | |
| 73 | 2007 conversion contributions not taxable at conversion . . . . . . | | |
| | **Transferred To Former Spouse due to Divorce** | | |
| 74 | Cumulative regular **Roth** IRA contributions, including rollovers from Roth 401(k) and Roth 403(b) . . . . . . . . . . . . . . . . | | |
| 75 | Cumulative pre 2003 conversions - taxable and nontaxable . . . . | | |
| 76 | 2003 conversion contributions taxable at conversion . . . . . . . | | |
| 77 | 2003 conversion contributions not taxable at conversion . . . . . . | | |
| 78 | 2004 conversion contributions taxable at conversion . . . . . . . | | |
| 79 | 2004 conversion contributions not taxable at conversion . . . . . . | | |
| 80 | 2005 conversion contributions taxable at conversion . . . . . . . | | |
| 81 | 2005 conversion contributions not taxable at conversion . . . . . . | | |
| 82 | 2006 conversion contributions taxable at conversion . . . . . . . | | |
| 83 | 2006 conversion contributions not taxable at conversion . . . . . . | | |
| 84 | 2007 conversion contributions taxable at conversion . . . . . . . | | |
| 85 | 2007 conversion contributions not taxable at conversion . . . . . . | | |

*Attention : Nicole L Rebovsky*

Certificate Number: <u>00437-ILN-CC-004435098</u>

## CERTIFICATE OF COUNSELING

I CERTIFY that on <u>July 14, 2008</u>, at <u>3:07</u> o'clock <u>PM MDT</u>,

<u>Yong Han</u> received from

<u>Black Hills Children's Ranch, Inc.</u>,

an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the

<u>Northern District of Illinois</u>, an individual [or group] briefing that complied

with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of

the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet and telephone</u>.

Date: <u>July 14, 2008</u>

By   <u>/s/George Dye</u>

Name   <u>George Dye</u>

Title   <u>Credit Counselor</u>

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy
Code are required to file with the United States Bankruptcy Court a completed certificate of
counseling from the nonprofit budget and credit counseling agency that provided the individual
the counseling services and a copy of the debt repayment plan, if any, developed through the
credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

United States Bankruptcy Court
Northern District of Illinois

IN RE:                                                    Case No. _____

Han, Yong
_____                        Chapter **7** _____
                    Debtor(s)

## DECLARATION REGARDING ELECTRONIC FILING
### Signed by Debtor(s) or Corporate Representative
### To Be Used When Filing over the Internet

PART I - DECLARATION OF PETITIONER
A. To be completed in all cases.                         Date: _____

I (We) **Yong Han**_____ and _____ , the undersigned debtor(s), corporate officer, partner, or member, hereby declare under penalty of perjury that the information I(we) have given my (our)attorney, including correct social security number(s) and the information provided in the electronically filed petition, statements, schedules, and if applicable, application to pay filing fee in installments, is true and correct. I(we) consent to my(our) attorney sending the petition, statements, schedules, and this DECLARATION to the United States Bankruptcy Court. I(we) understand that this DECLARATION must be filed with the Clerk in addition to the petition. I(we) understand that failure to file this DECLARATION will cause this case to be dismissed pursuant to 11 U.S.C. sections 707(a) and 105.

B. To be checked and applicable only if the petitioner is an individual (or individuals) whose debts are primarily consumer debts and who has (or have) chosen to file under chapter 7.

☑ I(we) am(are) aware that I(we) may proceed under chapter 7, 11, 12, or 13 of Title 11 United States Code; I(we) understand the relief available under each such chapter; I(we) choose to proceed under chapter 7; and I(we) request relief in accordance with chapter 7.

C. To be checked and applicable only if the petition is a corporation, partnership, or limited liability entity.

☐ I declare under penalty of perjury that the information provided in this petition is true and correct and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter specified in the petition.

Signature: _____*Yong Han*_____        Signature: _____
        (Debtor or Corporate Officer, Partner or Member)                        (Joint Debtor)

© 1993-2008 EZ-filing, Inc. [1-800-998-2424] - Forms Software Only